IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARTHUR HOVEL,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>Defendant. | 8:23CV222<br><br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

The Court held a status conference with counsel for the parties on August 14, 2025. After conferring with counsel,

IT IS ORDERED that Plaintiff's Unopposed Motion to Modify the Final Progression Order, Filing No. 46, is granted in part and denied in part.

IT IS FURTHER ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for September 16, 2025 is <u>continued</u> and will be held with the undersigned magistrate judge on **November 18, 2025** at **9:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is August 14, 2025. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by September 5, 2025.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is November 14, 2025.

4) The deadline for filing motions to dismiss and motions for summary judgment is December 22, 2025.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is December 22, 2025.

6) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. **Such requests will not be considered absent a substantial showing of good cause**.

7) All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 14th day of August, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge